JUDGMENT
=====================================================================

CC: USA
USM
PTS
USPO

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 9 2004

at 11 o'clock and 05 min. A.
WALTER A.Y.H. CHINN, CLERK

NO. 02-10398
CT/AG#: CR-00-00185-SOM

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PABLO ROMERO, aka Pablo Gilberto Romero-Flores; aka "Sonny"

    Defendant - Appellant

----------------------

    APPEAL FROM the United States District Court for the District of Hawaii (Honolulu).

    ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is DISMISSED.

Filed and entered April 23, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 17 2004

by: _____
Deputy Clerk

FILED

**NOT FOR PUBLICATION**

APR 23 2004

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 02-10398 |
|---|---|
| Plaintiff-Appellee, | D.C. No. CR-00-00185-SOM |
| v. | |
| PABLO ROMERO, aka Pablo Gilberto Romero-Flores, aka "Sonny," | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Susan Oki Mollway, District Judge, Presiding

Submitted April 12, 2004**

Before:   HALL, O'SCANNLAIN, and RYMER, Circuit Judges.

Pablo Romero appeals his conviction and 48-month sentence following his guilty plea to use of a telecommunications facility in furtherance of a drug offense, in violation of 21 U.S.C. § 843(b).

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

RECEIVED
CLERK U.S. DISTRICT COURT

MAY 19 2004

DISTRICT OF HAWAII

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Romero's counsel has submitted a brief stating that he has found no meritorious issues for review. No supplemental pro se brief has been filed. The government did not file a brief.

Because Romero knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we dismiss the appeal. *See United States v. Nunez*, 223 F.3d 956, 958 (9th Cir. 2000) ("Generally, courts will enforce a defendant's waiver of his right to appeal if (1) the language of the waiver encompasses the defendant's right to appeal on the grounds claimed on appeal, and (2) the waiver is knowingly and voluntarily made.") (internal quotation marks and citation omitted).

Counsel's motion to withdraw is **GRANTED** and the appeal is hereby **DISMISSED**.

INTERNAL USE ONLY: Proceedings include all events.
02-10398 USA v. Romero

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas C. Muehleck, AUSA<br>808/541-2850<br>Room 6100<br>[COR LD NTC aus]<br>UNITED STATES ATTORNEY<br>P.O. Box 50183<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850<br><br>Loretta A. Sheehan, AUSA<br>808/541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>OFFICE OF THE UNITED STATES ATTORNEY<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |
| v. | |
| PABLO ROMERO, aka Pablo Gilberto Romero-Flores; aka "Sonny"<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>808/891-9393<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku, HI 96793<br><br>Randal I. Shintani, Esq.<br>FAX 808/532-1229<br>808/532-1222<br>Pacific Tower #2010<br>[COR LD NTC cja]<br>LAW OFFICES OF RANDAL I. SHINTANI<br>1001 Bishop Street<br>Honolulu, HI 96813 |